# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Regina Jackson
                        Plaintiff,

v.                                                       Case No.: 1:23−cv−00139
                                                         Honorable Sara L. Ellis

Aperion Care, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 14, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to the parties' of stipulation [51], the Court dismisses this matter with prejudice and with each party to bear its own fees and costs. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.